# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| HAIJIN CHENG | 11/15/2023 |

**RECEIVING PARTY DATA**

| Company Name: | WUHANQIUZHAOKEJIYOUXIANGONGSI |
|---|---|
| Street Address: | NO. 05-B154 |
| Internal Address: | 25TH FLOOR, UNIT J, BUILDING J, EXHIBITION AND TRADE CENTER, "WUHAN LIVING ROOM SMALL CONVENTION AND EXHIBITION CENTER CONSTRUCTION PROJECT" NORTH OF JINYINTAN AVENUE AND SOUTH OF YINTAN ROAD, JIANGJUN ROAD STREET, DONGXIHU DISTRICT |
| City: | WUHAN CITY |
| State/Country: | CHINA |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number |
|---|---|
| Patent Number: | D993734 |
| Application Number: | 29889387 |

**CORRESPONDENCE DATA**

**Fax Number:**
**Phone:** 650-843-4000
**Email:** HANNAH.JIROUSEK@MORGANLEWIS.COM, PAPatentDocket@morganlewis.com, jackeline.deranieri@morganlewis.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
**Correspondent Name:** YALEI SUN
**Address Line 1:** 1400 PAGE MILL ROAD
**Address Line 4:** PALO ALTO, CALIFORNIA 94304

| ATTORNEY DOCKET NUMBER: | 136888-0001 |
|---|---|
| NAME OF SUBMITTER: | YALEI SUN |
| Signature: | /Yalei Sun/ |
| Date: | 11/16/2023 |

| | |
|---|---|
| **Total Attachments: 1** | |
| source=136888-0001 Assignment#page1.tif | |

**RECEIPT INFORMATION**

| | |
|---|---|
| **EPAS ID:** | PAT8280900 |
| **Receipt Date:** | 11/16/2023 |

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

NOVEMBER 17, 2023

PTAS

YALEI SUN
1400 PAGE MILL ROAD
PALO ALTO, CA 94304

# 508233710

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 11/16/2023          REEL/FRAME: 065585/0017
                                      NUMBER OF PAGES: 3

BRIEF: ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

DOCKET NUMBER:  136888-0001

ASSIGNOR:
  CHENG, HAIJIN                       DOC DATE: 11/15/2023

ASSIGNEE:
  WUHANQIUZHAOKEJIYOUXIANGONGSI
  NO. 05-B154
  25TH FLOOR, UNIT J, BUILDING J,
    EXHIBITION AND TRADE CENTER,
    "WUHAN LIVING ROOM SMALL
    CONVENTION AND EXHIBITION CENTER
    CONSTRUCTION PROJECT" NORTH OF
    JINYINTAN AVENUE AND SOUTH OF
    YINTAN ROAD, JIANGJUN ROAD
    STREET, DONGXIHU DISTRICT
  WUHAN CITY, CHINA

APPLICATION NUMBER: 29889387          FILING DATE: 04/12/2023
PATENT NUMBER: D993734                ISSUE DATE: 08/01/2023
TITLE:  ELECTRIC DRILL PLATE CUTTER

```
APPLICATION NUMBER: 29889387        FILING DATE: 04/12/2023
PATENT NUMBER: D993734              ISSUE DATE: 08/01/2023
TITLE:  ELECTRIC DRILL PLATE CUTTER


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```

 To Promote the Progress

 of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.


## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)

US00D993734S

(12) **United States Design Patent**   (10) Patent No.:   **US D993,734 S**
Cheng                                   (45) Date of Patent:   ✳✳ Aug. 1, 2023

(54) **ELECTRIC DRILL PLATE CUTTER**

(71) Applicant: **Haijin Cheng**, Chengde (CN)

(72) Inventor: **Haijin Cheng**, Chengde (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/889,387**

(22) Filed: **Apr. 12, 2023**

(51) **LOC (14) Cl.** ................................................. **08-03**

(52) **U.S. Cl.**
USPC ................................................. **D8/66**; D8/70

(58) **Field of Classification Search**
USPC .... D8/69, 68, 67, 66, 64, 61, 70; 83/698.41,
83/747, 166.3, 374, 373, 375, 376, 391,
83/377, 390, 388, 389; 125/13.01;
144/218
CPC .... B27B 9/00; B27B 9/02; B27B 5/02; B27B
5/18; B27B 33/08; B28D 1/04; B28D
1/045; B23D 45/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,700,256 A   *   1/1955   Lewis ................. E01C 23/0933
451/344
3,270,785 A   *   9/1966   Molitor ..................... B27B 9/00
83/489
3,708,880 A   *   1/1973   Norfleet ................. B44C 7/027
15/93.1
4,769,201 A   *   9/1988   Chiuminatta .... B28B 11/0863
425/142
4,800,650 A   *   1/1989   Johansson ............. B23D 61/025
451/342
4,976,034 A   *   12/1990   Whitman ............. B23D 45/165
30/388
5,056,499 A   *   10/1991   Chiuminatta ........... B24B 19/02
125/14
D323,100 S   *   1/1992   Pastore ............................. D8/62

D328,842 S   *   8/1992   Whitman ......................... D8/64
D337,037 S   *   7/1993   Yelton ............................. D8/64
D346,104 S   *   4/1994   Yelton ............................. D8/64
6,154,967 A   *   12/2000   Rogala ................... B26B 29/00
30/294
D501,491 S   *   2/2005   Governo ...................... D15/127
9,027,542 B2 *   5/2015   Ronzello, Sr. ........... B28D 7/02
125/13.01
9,414,653 B1 *   8/2016   Morton ................. B23D 45/003
D814,899 S       4/2018   Suzuki et al.
D842,063 S   *   3/2019   DeBellis ........... B65H 75/406
D8/70

(Continued)

*Primary Examiner* — Austin Murphy

(74) *Attorney, Agent, or Firm* — Kunzler Bean &
Adamson, PC; Michael Bartholomew

(57) **CLAIM**

The ornamental design for an electric drill plate cutter, as
shown and described.

**DESCRIPTION**

FIG. **1** is a front, right and top perspective view of an electric
drill plate cutter, showing my design.
FIG. **2** is a rear, left and bottom perspective view thereof.
FIG. **3** is a front elevation view thereof.
FIG. **4** is a rear elevation view thereof.
FIG. **5** is a left side elevation view thereof.
FIG. **6** is a right side elevation view thereof.
FIG. **7** is a top plan view thereof.
FIG. **8** is a bottom plan view thereof.
FIG. **9** is an enlarged view of detail **9** in FIG. **1**.
FIG. **10** is an enlarged view of detail **10** in FIG. **1**; and,
FIG. **11** is an enlarged view of detail **11** in FIG. **2**.
The broken lines depict portions of the electric drill plate
cutter that form no part of the claimed design. The dot-dash
broken lines in FIGS. **1**, **2**, and **9-11** depict the boundaries of
the enlargements that form no part of the claimed design.

**1 Claim, 11 Drawing Sheets**



**US D993,734 S**

Page 2

(56)          **References Cited**

U.S. PATENT DOCUMENTS

D931,073  S      9/2021  Suzuki et al.
2003/0168054  A1 *  9/2003  Governo  .................  B28D 1/047
                                            125/16.03

* cited by examiner



FIG. 1



11

FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11